UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JESSICA GARVEY,

    Plaintiff,

v.                                             Case No: 8:24-cv-2830-WFJ-NHA

NEW YORK LIFE INSURANCE
COMPANY and LIFE INSURANCE
COMPANY OF NORTH AMERICA,

    Defendants.
_____/

## **O R D E R**

The Court has been advised by **the Notice of Settlement (Dkt. 19)** that the above-styled action has been settled. Accordingly, pursuant to Local Rule 3.09, M.D. Fla., it is

**ORDERED AND ADJUDGED** that this cause is hereby **DISMISSED** without prejudice and subject to the right of the parties, within <u>sixty (60) days</u> of the date of this order, to submit a stipulated form of final order or judgment should they so choose or for any party to move to reopen the action, *upon good cause shown*. After that 60-day period, however, dismissal shall be with prejudice. The Clerk is directed to terminate any pending motions/deadlines and to CLOSE the file.

**DONE** and **ORDERED** in Tampa, Florida on June 20, 2025.

                                                    s/*William F. Jung*
                                                    **WILLIAM F. JUNG**
                                                    **UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record